# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **Ford Motor Credit Company, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | **CONSENT ORDER EXTENDING** |
| ) | **PORTION OF SCHEDULING ORDER** |
| vs. ) | |
| ) | |
| **Alan M. Rhodes,** ) | CV: 4:11-CV-3303-MGL |
| ) | |
| **Defendant.** ) | |
| ) | |

**IT APPEARS** that the deadline for the parties to file dispositive motions is July 31, 2013. It also appears that counsel for the Defendant has previously filed a Motion to Amend the Scheduling Order to extend a number of the deadlines originally imposed. However, for purposes of this Order, Counsel for the Plaintiff and Defendant mutually consent and request the Court to extend the deadline to file dispositive motions for an additional thirty (30) days.

The grounds for this motion are that counsel believe that settlement is likely; that Defendant's health has precluded his counsel from meaningful and reliable communication; and that the Defendant was hospitalized again on or about July 25, 2013.

**BASED ON THE FOREGOING, IT IS**

**ORDERED** that the Scheduling Order be amended to grant the parties an extension to file dispositive motion(s) for an additional thirty (30) days or until August 30, 2013.

**AND IT IS SO ORDERED.**

/s/Mary G. Lewis
United States District Judge

July 30, 2013
Spartanburg, South Carolina

1